# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

METALLICA, a California general partnership,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-02219

Judge John Z. Lee

Magistrate Judge Mary M. Rowland

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 254 | havefun778899 |
| 305 | qilongzhu17 |
| 224 | tellingad123 |
| 391 | Amoy baby Store |
| 781 | Small Koala Store |
| 543 | Jay-z store |
| 436 | CIGNAWIND NO.5 Store |
| 723 | Shop4481136 Store |
| 376 | A   Sports Jersey |
| 514 | Golden Wave Fashion Store(custom tee shirt) |
| 792 | TASTES-L TEES Store |
| 622 | Professional Print Clothing CO.,LTD |
| 299 | Panda Tech |

DATED:  May 31, 2019 	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 31, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*